UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **OMEGA CONSULTING, as Assignee Of D.W. Dickey & Sons, Inc.,** | ) ) ) | **CASE NO. 4:09CV1333** |
| Plaintiff, | ) ) | **JUDGE PETER C. ECONOMUS** |
| v. | ) ) | |
| **NORTHERN FERTILIZER & CHEMICAL CO., INC.,** | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

On July 1, 2009, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pretrial supervision, including all motions. (Dkt. # 5). On January 29, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that this Court dismiss the instant action without prejudice for failure to perfect service. (Dkt. # 7).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 7) is hereby **ADOPTED**, and Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

                                                **/s/ Peter C. Economus – February 18, 2010**
                                                **PETER C. ECONOMUS**
                                                **UNITED STATES DISTRICT JUDGE**